UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SUBRANNI & ZAUBER
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545

In Re:

See Attached Debtor List of Cases

Case No.: See Attached List

Chapter: See Attached List

Judge: See Attached List

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __JeanieWiesner, Esq.__ will be substituted as attorney of record for __Debtor List Attached__, __Sadek & Cooper Law Office  Debtor List Attached__ in this case.[1]

Date: February 24, 2021

/s/ Thomas J. Subranni Esq.
Signature of Former Attorney

Date: Feburary 24, 2021

/s/ Jeanie D. Wiesner, Esq.
Signature of Substituted Attorney[2]
Sadek & Cooper Law Office

rev. 8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.