EXHIBIT A                                SUBSTITUTION OF ATTORNEY LIST

| DATE FILED | CASE# | CLIENT |
|---|---|---|
| 9/5/19 | 19-27096/JNP | JOHN & SUSAN FOX |
| 12/10/19 | 19-33007/ABA | ROBERTO & CINDY GITTENS |
| 9/1/20 | 20-20224/ABA | GARY & DANA GOLD |
| 1/6/20 | 20-10185/JNP | ALAN GRIFFITH |
| 7/3/17 | 17-23585/ABA | JULIO & MARIA GUERRERO |
| 1/4/18 | 18-10191/ABA | MICHAEL & GREGG HORRELL |
| 3/5/20 | 20-13789/ABA | JAMES HUBBARD |
| 11/1/18 | 18-31802/ABA | FREDERICK HUNTER |
| 3/3/17 | 17-14265/JNP | ANDREW JACKSON |
| 4/1/18 | 18-16449/ABA | TISHA JONES |
| 5/5/20 | 20-16213/ABA | RAYMOND JORDAN |
| 10/1/19 | 19-28669/ABA | SOMSANOUK KAMNANSONE |
| 1/1/19 | 19-10006/ABA | THERESA & JAMIE KENNISH |
| 3/13/19 | 19-15141/JNP | JASON & ANDREA LAMB |
| 10/3/19 | 19-28840/JNP | JAMES & ESTELLA LEONG |
| 5/5/17 | 17-19372/JNP | JERRY & ZORA LETT |
| 8/1/19 | 19-24983/JNP | RICHARD LINDENMUTH |
| 3/2/20 | 20-13561/JNP | ERVA LITTLE |
| 8/1/18 | 18-25399/JNP | PATRICK & LINDA LYNCH |
| 4/19/17 | 17-17925/JNP | STEPHEN MAGNOTTA |
| 10/1/20 | 20-21221/JNP | JOSEPH MCKENNA |
| 4/1/19 | 19-16613/ABA | VAN MCKENZIE |
| 6/23/17 | 17-22833/JNP | KEVIN MILLER |
| 12/10/16 | 16-33554/JNP | DAMON & REYNA MITCHELL |
| 3/1/18 | 18-14046/JNP | ARACELLY MITE |